UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SEAFOODS LLC;<br>SEAFREEZE ALASKA I LLC; and<br>ALASKA ALLIANCE LLC;<br><br>Defendants. | Judge John C. Coughenour<br>No.: 2:17-cv-01677-JCC<br><br>[PROPOSED] ORDER TERMINATING CONSENT DECREE |

1  This matter having come before the Court on the parties' Joint Stipulated Motion to
2  Terminate Consent Decree, and this Court having considered the stipulated submission of the
3  parties on this matter,
4  IT IS HEREBY ORDERED THAT:
5  The Consent Decree entered by this Court in this action on December 27, 2017, is hereby
6  terminated.
7  DONE THIS 24th DAY OF April, 2025.
8
9                                         *John C. Coughenour* (signature)
10                                        JOHN C. COUGHENOUR
11                                        UNITED STATES DISTRICT JUDGE
12 Presented by:
13
14 SUSAN M. AKERS

```
 1   Deputy Chief
 2   Environmental Enforcement Section
 3   Environmental and Natural Resources Division
 4   U.S. Department of Justice
 5
 6
 7   _____
 8   DANICA ANDERSON GLASER (DC #1005853)
 9   Senior Counsel
10   Environmental Enforcement Section
11   Environment and Natural Resources Division
12   United States Department of Justice
13   P.O. Box 7611, Ben Franklin Station
14   Washington, D.C. 20044-7611
15   202-514-5270
16   danica.glaser@usdoj.gov
```